## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>SAKURA TISSUE TEX FINETEX,<br><br>        Defendant. | C.A. No.:<br><br>[Related to Delaware Superior Court C.A. No. N21C-10-078 CLS]<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 *U.S.C.* §§ 1332 and 1441, Defendant Sakura Finetek U.S.A., Inc. (incorrectly named as "Sakura Tissue tex Finetex")("Sakura")[1] hereby removes this action filed against it in the Superior Court of Delaware, New Castle County, to the United States District Court for the District of Delaware. Sakura removes this action with reservation of all defenses and rights available to it in the Superior Court of Delaware.

### Preliminary Matters

1. On or about October 12, 2021, Plaintiff commenced a civil action by filing a complaint in the Superior Court of the State of Delaware, C.A. No. N21C-10-078 CLS, captioned *Linda Oliver v. Sakura Finetek USA*. *See* Praecipe, Summons, Civil Case Information Statement, and Complaint attached to this Notice as Exhibit "A".

2. On November 4, 2021, Plaintiff purported to effect service on Sakura by sending a copy of the complaint to Sakura via United States Certified Mail. *See* Exhibit "B".

---

[1] In filing this removal petition, Sakura does not waive any objections, rights, or defenses available to it in the Superior Court of Delaware, including those based on lack of personal jurisdiction.

28081316v.1

-2-

3.      Thus, this Notice of Removal is timely filed in that is it filed within thirty (30) days after Plaintiff's attempt to serve the summons and complaint on Sakura, and is therefore timely pursuant to 28 *U.S.C.* § 1446(b).

### Nature of The Case

4.      This case is based on Plaintiff's allegations that she sustained personal injuries while operating a "Sakura Tissue Tex Finetex USA Automatic Coverslipper."

5.      Based on the limited information in the Complaint, Plaintiff purports to assert manufacturing and/or design defect claims against Sakura.

### Grounds for Removal

6.      This Notice of Removal is filed within thirty (30) days of Sakura's receipt of Plaintiff's Complaint, which is the initial pleading in this case, and it is therefore timely filed pursuant to 28 *U.S.C.* § 1446(b).

7.      This Court has jurisdiction over this action pursuant to 28 *U.S.C.* § 1332, because Sakura Finetek U.S.A., Inc., incorporated in California in 1986, and Linda Oliver, a resident of New Castle, Delaware,[2] are citizens of different states and the amount in controversy exceeds $75,000.[3]

8.      A written notice of filing of this Notice of Removal has been provided to all parties pursuant to 28 *U.S.C.* § 1446(d).

9.      A Notice of Removal has been simultaneously filed with the Superior Court of the State of Delaware pursuant to 28 *U.S.C.* § 1446(d). *See* Notice of Removal, attached to this Notice as Exhibit "C".

---

[2] *See* Exhibit A. Plaintiff lists a New Castle, Delaware, address in her Civil Case Information Statement.
[3] *See* Exhibit A. Plaintiff has demanded $200,000.00.

-3-

WHEREFORE, Defendant Sakura Finetek U.S.A., Inc. respectfully requests that this action be removed to this Court.

        **WHITE AND WILLIAMS LLP**

        */s/ Daryll Hawthorne-Searight*
        Christian J. Singewald (#3542)
        Daryll Hawthorne-Searight (#6520)
        600 N. King Street, Suite 800
        Wilmington, DE  19801
        Telephone: 302.467.4513
        Facsimile: 302.467.4550
        hawthorned@whiteandwilliams.com
        *Attorneys for Sakura Finetek U.S.A., Inc.*

Date: December 1, 2021

28081316v.1