# EXHIBIT "A"



# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Linda Oliver

**PRAECIPE**

vs.

Sukura Finetek USA

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. N21C-10-078 CLS

Please issue _____

Sakura Tissue Tek Finetex USA
1750 W 12th St.
Torrance CA 90501

_Linda Oliver_
**Plaintiff**

Address 342 - Stonebridge Blvd
New Castle DE

Phone 267-773-9008

TO:   Prothonotary



SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Linda Oliver

Plaintiff,

v.

Sakura Tissue Tex FineTex USA

Defendant.

) C.A. No. N21C-10-078 CLS
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO: Plaintiff

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Linda Oliver plaintiff's attorney, whose address is 242 Stonechat an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).
NewCastle DE 19720

To serve upon defendant a copy hereof and of the complaint.

Dated:
10-13-21

_____
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_____
Prothonotary

_____
Per Deputy

Rev:02/20



SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Linda Oliver

Plaintiff,

v.

Sakura TissueTex FineTex USA

Defendant.

C.A. No. N21C-10-078 CLS

SUMMONS

THE STATE OF DELAWARE,

TO: Plaintiff

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Linda Oliver plaintiff's attorney, whose address is 242 Stonecheck an answer to the complaint (and, if the complaint contains a specific notation requiring New Castle DE 19720 the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated: 10-13-21

_____
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_____
Prothonotary

_____
Per Deputy

Rev:02/20



EFiled: Oct 12 2021 02:35PM
Transaction ID 67007757
Case No. N21C-10-078 CLS

# SUPERIOR COURT
## CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N)  K  S           CIVIL ACTION NUMBER: N21C-10-078 CLS

| Caption: | Civil Case Code: CPIN |
|---|---|
| Linda Oliver vs Sakura Tissutex Finetex | Civil Case Type: Personal Injury (SEE REVERSE SIDE FOR CODE AND TYPE) |
|  | MANDATORY NON-BINDING ARBITRATION (MNA) ____ |
|  | Name and Status of Party filing document: |
|  | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
|  | JURY DEMAND: YES ____ NO ____ |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
|---|---|
| ATTORNEY ID(S): |  |
| FIRM NAME: Linda Oliver | EXPLAIN THE RELATIONSHIP(S): |
| ADDRESS: 342 Stonebridge blvd. NewCastle DE 19720 |  |
| TELEPHONE NUMBER: 267-773-9008 |  |
| FAX NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: lindaOliver467@gmail.com |  |
|  | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 01/2019

N21C-10-018 CLS

Linda Oliver

vs.

Sakura Tissue Tex

Complaint

10/1/21

Complaint
Personal Injury

EFiled: Oct 13 2021 11:13AM EDT
Transaction ID 67010091
Case No. N21C-10-078 CLS

This is a personal injury claim to the manufacturer Sakura Tissue Tex Finetex US Autoriche cover slipper.

I was Injured; this machine was defective 11/23/19 causing the head of the machine slamed down on my head, Leaving me with a concussion, which gave me eye problems, severe headachs where I was unable to work and still unable to work, due to the Traumatic injury. I have Sustain, permanent injuries to my eye's and head. I am still under care of my Doctor's as of Now, I have depression, eye injury, headach, and this is permiant. I have seen multiple doctor's. I am asking the courts to Grant me For my Personal Injury The sum of 2hundred Thousand dollars.

[signature]