# EXHIBIT "B"

R2304M113573-88

# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP13F May 2020
OD: 12 1/2 x 9 1/2

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®



EJ 668 838 213 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (267) 773-9008

Linda Oliver
342 Stonebridge Blvd
NewCastle DE. 19720

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE (310) 972-1800

Sakura Tissue Tex Finetex USA
1750 W ~~St~~ 214 St.
Torrence CA 90501

ZIP + 4® (U.S. ADDRESSES ONLY)
90501

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 19850
Scheduled Delivery Date: 11-05-21
Postage: $27.10

Date Accepted: 11-04-21
Scheduled Delivery Time: 6:00 PM

Time Accepted: 12:53 PM

Return Receipt Fee: $3.05

Flat Rate ☒
Acceptance Employee Initials: JC

Total Postage & Fees: $30.15
$27.10

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.



**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL EXPRESS**®

FLAT RATE ENVELOPE

■ ANY WEIGHT

Schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

US AT USPS.COM®

FREE SUPPLIES ONLINE



10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sakura Tissue Tex
1750 W 214 ST
Torrance CA 90501



9590 9402 5057 9092 3051 62

2. Article Number (Transfer from service label)
EJ 668 838 213 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**GUARANTEED*** ■ **TRACKED** ■ **INSURED**